UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Stanley R. Chesler

v. : Crim. No. 11-112 (SRC)

HAKEM SIRYANI :

## JUDGEMENT ON VIOLATION OF PROBATION

This matter having come before the Court on the amended petition of the United States Probation Office, dated July 24, 2012, for a hearing regarding the failure of defendant Hakem Siryani (Anthony Scordo, Esq., appearing) to comply with certain conditions of probation imposed on June 1, 2011; and the defendant having entered a guilty plea on December 3, 2012 to Violation No. 1, which required that he not commit another crime, and to Violation No.3, which required that he refrain from the illegal use of drugs, and for good cause shown;

IT IS on this ____ day of January, 2013,

ORDERED that the defendant is adjudged guilty of Violation 1 and Violation 3;

IT IS FURTHER ORDERED that his term of probation is hereby revoked;

IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of twelve months and one day on Violation No. 1, and a term of nine months on Violation No. 3, these sentences to be served concurrently;

IT IS FURTHER ORDERED that Violation Nos. 2 and 4 of the amended petition dated July 24, 2012, are hereby dismissed;

IT IS FURTHER ORDERED that defendant shall surrender for service at the institution designated by the Bureau of Prisons;

IT IS FURTHER ORDERED that upon release from imprisonment, the defendant shall be placed on supervised release for a term of two years. The term shall consist of a term of two years on each of Violation 1 and Violation 2, both terms to be served concurrently;

IT IS FURTHER ORDERED that all other conditions of the judgment of conviction entered in this matter shall remain in full force and effect.

HONORABLE STANLEY R. CHESLER
United States District Judge